UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACOB BALFANTZ, MELANIE BALFANTZ, AND ANNIE BALFANTZ<br>   Plaintiffs | * * * * | CIVIL ACTION NO.: |
| VERSUS | * * * | DIVISION:<br><br>JUDGE: |
| BIG LOTS STORES, INC.<br>   Defendant | * * * | MAGISTRATE: |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PETITION FOR REMOVAL

Defendant, Big Lots Stores, Inc. files this Petition for Removal pursuant to 28 U.S.C. §1332 and §1441, and hereby removes this matter from the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, to the docket of this Honorable Court on the grounds set forth below:

1) Plaintiffs, Jacob Balfantz, Melanie Balfantz, and Annie Balfantz, are Louisiana citizens, who filed their Petition for Damages on July 24, 2020, against Big Lots Stores, Inc., which is an Ohio corporation with its principal place of business in Columbus, Franklin County, Ohio. (See Plaintiff's Petition for Damages, which is attached hereto and included as part of the certified State Court Record, marked for identification as Exhibit "A").

2) Defendant, Big Lots Stores, Inc., was served through its registered agent for service of process in the State of Louisiana, Corporation Service Company, Baton Rouge, Louisiana, with a copy of the Citation and Petition on August 18, 2020. (See Citation attached hereto and marked for identification as Exhibit "B").

3)  The suit seeks damages from Big Lots Stores, Inc. for personal injuries allegedly sustained by plaintiffs as a result of an incident that allegedly occurred at the Big Lots Store located at 120 Airline Highway, Gonzales, Louisiana on August 11, 2019, when merchandise fell from a shelf striking the minor plaintiff in the head.

I. **REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332.**

4)  28 U.S.C. § 1332 provides federal district court with concurrent original jurisdiction in cases "where the matter in controversy exceeds the sum of or value of $75,000.00, exclusive of interest and costs, and is between, - (1) citizens of different States."

    A.  **THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00.**

5)  The Fifth Circuit has explained that for purposes of establishing removal jurisdiction, a defendant may demonstrate that the amount in controversy exceeds $75,000.00, "in either of two ways: (1) by demonstrating that it is 'facially apparent' from the petition that the claim likely exceeds $75,000.00, or (2) 'by setting forth *the facts* in controversy-preferably in the removal petition, but sometimes by affidavit-that support a finding of the requisite amount.'" *Grant v. Chevron Phillips Chemical, Co.,* 309 F.3d 864, 868 (5th Cir. 2002) (emphasis in original) (quoting *Allen v. R &H Oil & Gas Co.,* 63 F.3d 1326, 1335 (5th Cir. 1995)).

6)  Plaintiffs' Petition for Damages alleges in Paragraph 5, that "merchandise fell from a shelf in Big Lots Store #1701 and fractured Annie Balfantz's skull. Further, in Paragraph 34, of plaintiffs' Petition for Damages they allege that "a CT scan revealed the fracture, and Annie Balfantz was held in the ICU for three days."

7) Plaintiffs' Petition for Damages alleges that plaintiffs' claims for damages are $500,000.00, together with legal interest and costs. Exhibit "A", Pet. ¶ Prayer.

### B.    COMPLETE DIVERSITY

8) Defendant, Big Lots Stores, Inc. is an Ohio corporation with its principal place of business in Columbus, Franklin County, Ohio.

9) Plaintiffs, Jacob Balfantz and Melannie Balfantz are both adults residing and domiciled in Ascension Parish, State of Louisiana and plaintiff, Annie Balfantz is the minor child of Jacob and Melanie Balfantz who also resides with Jacob and Melanie Balfantz, in Ascension Parish, State of Louisiana.

10) There is complete diversity of citizenship between the plaintiffs and the defendant.

11) This is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et. seq.,* as the amount in controversy, evidenced by the Petition, exceeds **SEVENTY-FIVE THOUSAND AND NO/100 DOLLARS** ($75,000.00), exclusive of interest and costs, and complete diversity exists between all adverse parties.

### II.    BIG LOTS STORES, INC. HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

12) Defendant, Big Lots Stores, Inc., was served through its registered agent for service of process in Louisiana, Corporation Service Company, with a copy of the Citation and Petition on August 18, 2020. (See service of Process Notice and Citation attached hereto *in globo* and marked for identification as Exhibit "B").

13) Jurisdiction is founded in the existence of diversity jurisdiction under 28 U.S.C.§ 1332, which grants federal courts concurrent jurisdiction over claims where the

matter in controversy exceeds the sum or value of **SEVENTY-FIVE THOUSAND AND NO/100 DOLLARS (75,000.00),** exclusive of interest and costs, and is between citizens of different States.

14) The 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, is located within the Middle District of Louisiana pursuant to 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

15) No previous application has been made by defendant, Big Lots Stores, Inc.

16) Pursuant to 28 U.S.C.§ 1446(a), a certified copy of the 23rd Judicial District Court's record is attached hereto as Exhibit "A."

17) Pursuant to 28 U.S.C.§ 1446(a), a copy of this Petition for Removal is being served upon counsel for plaintiff, and a Notice of Removal is being forwarded to be filed with the Clerk of Court for the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, and sent to the counsel for plaintiff.

18) Defendant, Big Lots Stores, Inc., desires and is entitled to a trial by jury of all issues.

**WHEREFORE**, defendant, Big Lots Stores, Inc., hereby removes this action from the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, to the docket of the United States District Court for the Middle District of Louisiana.

    Respectfully submitted,

    **THE TRUITT LAW FIRM**
    A Limited Liability Company

    *s//Jack E. Truitt*
    JACK E. TRUITT, BAR NO. 18476, T.A.
    LOU ANNE MILLIMAN, BAR NO. 23869
    MICHELLE MAYNE DAVIS, BAR NO. 23027
    NANCY N. BUTCHER, BAR NO. 24178
    LAUREN A. DUNCAN, BAR NO. 37105

149 North New Hampshire Street<br>
Covington, Louisiana 70433<br>
Telephone: (985) 327-5266<br>
Facsimile: (985) 327-5252<br>
Email: mail@truittlaw.com<br>
Counsel for Big Lots Stores, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on September 1, 2020.

*s//Jack E. Truitt*